UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KERWIN D. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:14-CV-01853-JAR ) |
| JERRY W. MORGAN, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Appointment of Counsel (Doc. 6). Pursuant to and based upon Judge Fleissig's order in Case No. 4:13-cv-00255 (Doc. 104 in that case),

**IT IS HEREBY ORDERED** that Petitioner's Motion for the Appointment of Counsel (Doc. 6) is **GRANTED**. Paul E. Stoehr is **APPOINTED** as pro bono counsel for Plaintiff Kerwin D. Scott in the above-captioned case.

Dated this 25th day of November, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE