UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **KERWIN D. SCOTT,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:14-CV-01853-JAR |
| **JERRY W. MORGAN, et al.,** | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Service by a United States Marshal (Doc. 23). Plaintiff requests that the Court enter an order directing a United States Marshal to serve summons and Scott's complaint on Defendants Tina Coffman and David Mullen. In support of his motion, Plaintiff indicates that these Defendants are no longer employed by Corizon, LLC (Doc. 9). He also provides addresses where these Defendants may be located.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk seal the Motion (Doc. 23) for good cause pursuant to Local Rule 13.05.

**IT IS FURTHER ORDERED** that the United States Marshal Service shall serve summons and Scott's complaint on Defendants Tina Coffman and David Mullen at their respective addresses provided by Plaintiff in his Motion.

Dated this 3rd day of February, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**