UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KERWIN D. SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14-CV-01853-JAR |
| JERRY W. MORGAN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Service by a United States Marshal (Doc. 32). Plaintiff requests that the Court enter an order directing a United States Marshal to serve summons and Scott's complaint on Defendant Tina Coffman. In support of his motion, Plaintiff indicates that this Defendant is no longer employed by Corizon, LLC (Doc. 9). He also provides the address where Ms. Coffman may be located.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Marshal Service shall serve summons and Scott's complaint on Defendant Tina Coffman at her address provided by Plaintiff in his Motion.

Dated this 9th day of April, 2015.

*/s/ John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE